IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE HOWARD GARETT,<br><br>Defendant. | CR 20–06–M–DWM<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendant Lance Howard Garett appeared before the Court on April 30, 2020, and entered a plea of guilty to Counts I and II of the Indictment. Garett's plea provides a factual basis and cause to issue an Order of Forfeiture under 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the motion (Doc. 25) is GRANTED. Defendant Lance Howard Garett's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d):

- Ruger, Security-Six, .357 caliber, revolver, obliterated serial number;
- Ruger, SR9, 9 mm caliber, semi-automatic pistol, s/n: 330-13784;

- Fourteen (14) rounds of Winchester 9mm ammunition; and
- Firearm holster.

The Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this ___1st___ day of May, 2020.

Donald W. Molloy, District Judge
United States District Court

2